■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUGH VASCONCELLOS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Berkowitz, J.), rendered December 4, 1987.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9). Bracken, J. P., Lawrence, Eiber, Harwood and Rosenblatt, JJ., concur.